```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ELLIOTT MATHIS,

                         Plaintiff,

- against -

DCMN, Inc.,

                         Defendant.
----------------------------------------------------------------X

Case No. 19-cv-07253(DLC)

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS Plaintiff, Elliott Mathis and Defendant, DCMN, Inc., have reached a settlement disposing of all claims asserted in the above-captioned action ("Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Action shall be, and hereby is, dismissed with prejudice, with each party bearing its own costs.

Dated: October 7, 2019

_____
Milana Dostanitch,
Christopher H. Lowe
LIPSKY LOWE, LLP
*Attorneys for Plaintiff*
420 Lexington Ave, Ste 1830
New York, NY 10170
Tel: (212) 518-1502
Email: milana@lipskylowe.com
       chris@lipskylowe.com

_____
Florian von Eyb
Rod Biermann
OFFIT KURMAN, P.A.
*Attorneys for Defendant*
10 East 40th Street, 35th Floor
New York, NY 10016
Tel: (212) 595-1900
Email: fvoneyb@offitkurman.com
       rbiermann@offitkurman.com

SO ORDERED:

_____
Honorable Denise L. Cote
United States District Judge

Dated: New York, New York
       December 5, 2019